United States District Court
for the District of New Jersey

_____ :
                                            :
**USA**                                     :
                                            :
                                            : Crim. No. 12-380
           Plaintiff                        :
                                            :
    vs.                                     : Order of Reallocation and
                                              Reassignment
**RASHAN DAVIS**                            :
                                            :
           Defendant                        :
_____ :


It is on this 25th day of July 2012,

O R D E R E D that the entitled action is reallocated from Trenton to Newark and reassigned from Judge Mary L. Cooper to Judge William H. Walls.


      S/Jerome B. Simandle
Jerome B. Simandle, Chief Judge
United States District Court