UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 12-380 (WHW) |
| v. | Hon. William H. Walls |
| RASHAN DAVIS | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Rashan Davis (by Anthony C. Mack, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from January 21, 2013 through March 25, 2013, and the Court having granted defendant's request for new counsel on December 12, 2012 and appointed Anthony C. Mack, Esq, and defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his arraignment and that a continuance shall serve a delay a trial in this matter, and the defendant through his attorney having consented to the continuance, and two prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. On December 12, 2012, the parties appeared before the Court in connection with the defendant's request for new counsel in this matter and the Court appointed Anthony C. Mack, Esq. to serve as defendant's counsel;

2. The defendant seeks additional time to confer with his new counsel and to review the discovery and other case materials. Both the United States and the defendant seek additional time to determine whether the case can be resolved without a trial;

3. Defendant has consented to the aforementioned continuance;

4. The grant of a continuance will likely conserve judicial resources; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this ___ day of December, 2012,

**ORDERED** that this action be, and hereby is, continued from January 21, 2013 through March 25, 2013; defense motions, if any, are to be filed by February 22, 2013, opposition to defense motions are to be filed by March 18, 2013, motions shall be heard (if necessary) on March 22, 2013, and the trial shall be scheduled for March 25, 2013, absent any other reason to continue the proceedings; and it is further

**ORDERED** that the period from the date of this order through March 25, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Consented and Agreed By

_____
Anthony C. Mack, Esq.
Counsel for Defendant Rashan Davis

_____
Nicholas P. Grippo
Assistant United States Attorney