UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 12-380 (WHW) |
| v. | : | Hon. William H. Walls |
| | : | ORDER FOR CONTINUANCE |
| RASHAN DAVIS | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Rashan Davis (by Anthony C. Mack, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from March 25, 2013 through July 9, 2013, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his arraignment and that a continuance shall serve a delay a trial in this matter, and the defendant through his attorney having consented to the continuance, and three prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance;

2. The grant of a continuance will likely conserve judicial resources; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this ____ day of March, 2013,

**ORDERED** that this action be, and hereby is, continued from March 25, 2013 through July 9, 2013; defense motions, if any, are to be filed by April 29, 2013, opposition to defense motions are to be filed by May 20, 2013, motions shall be heard (if necessary) on June 3, 2013, and the trial shall be scheduled for July 9, 2013, absent any other reason to continue the proceedings; and it is further

**ORDERED** that the period of March 25, 2013 through July 9, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Consented and Agreed By

_____
Anthony C. Mack, Esq.
Counsel for Defendant Rashan Davis

_____
Nicholas P. Grippo
Assistant United States Attorney